No. 239. E. L. PIERCE ET AL. *v.* DRAINAGE DISTRICT No. 17, MISSISSIPPI COUNTY, ARKANSAS. Error to the Supreme Court of the State of Arkansas. Argued April 25, 1924. Decided April 28, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. Arthur T. Brewster,* with whom *Mr. Jesse C. Sheppard* was on the brief, for plaintiffs in error. *Mr. G. B. Rose,* with whom *Mr. D. H. Cantrell, Mr. J. F. Loughborough* and *Mr. A. W. Dobyns* were on the brief, for defendant in error.